UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:19-cv-02170

CARLOS BRITO,

    Plaintiff,

v.

PHOENIX TEARS LLC,
A COLORADO LIMITED LIABILITY COMPANY,

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff, CARLOS BRITO and Defendant, PHOENIX TEARS LLC, A COLORADO LIMITED LIABILITY COMPANY, having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice and, except as otherwise agreed to by the Parties in their Agreement, each party shall bear its respective fees and costs.

Jointly submitted this 14th, day of October, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jeffrey H. Kass* |
| ANTHONY J. PEREZ | Jeffrey H. Kass |
| GARCIA-MENOCAL & PEREZ, P.L. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 1600 Broadway, Suite 1600 | 1700 Lincoln Street, Suite 4000 |
| Denver, CO 80202 | Denver, Colorado 80203 |
| Telephone: (303) 386-7199 | Tel.: 303.861.7760 |
| Primary Email: ajperezlaw@gmail.com | Fax: 303.861.7767 |
| Secondary Email: aquezada@lawgmp.com | jeffrey.kass@lewisbrisbois.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant, Phoenix Tears LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 14th, day of October, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway, Suite 1600
Denver, CO 802023
Telephone: (303) 386-7199
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mail: aquezada@lawgmp.com
crodriguez@lawgmp.com

By: _/s/ Anthony J. Perez_____
         ANTHONY J. PEREZ